MINUTE ENTRY

 UNITED STATES DISTRICT COURT
 FOR THE
 NORTHERN MARIANA ISLANDS
*************************************************************************

CR- 04-00029       December 21, 2004
         8:30 a.m.

 UNITED STATES OF AMERICA -v- HUANG, JIN YONG aka "Ah Rong"


PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
  SANAE SHMULL,  Court Reporter
  K. LYNN LEMIEUX, Courtroom Deputy
  JAMIE BOWERS, Assistant U. S. Attorney
  PERRY INOS,  Counsel for Defendant
  HUANG, JIN YONG, Defendant


PROCEEDING: SENTENCING

 Defendant was present with his court appointed counsel, Attorney Perry Inos.
Government by Jamie Bowers, AUSA.  Also present was U.S. Probation Officer,
Margarita Wonenberg.

 Yu Mei _____ was present and sworn as Interpreter/Translator of the Mandarin
language.

 No objection by the government of the presentence report.  Counsel for defendant
had no objections.

 Court adopted the presentence investigation report and instructed the Clerk to file
the report, under seal, and that the report be made available if the judgment is
appealed.  The probation officer's recommendation shall also be placed under seal.
No objection by the parties.
 Government recommended that the sentencing should be at the upper level of the
guideline range.  Defense recommended that the defendant be sentenced on the low-end
of the guideline range.

 SENTENCE:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the
Court that the defendant HUANG, JIN YONG is hereby  sentenced to 33 months and
supervised release for a term of two (2) years. The term of supervised release
will commence immediately and will require that the defendant comply with the
following conditions:

 1.  The defendant shall be delivered to a duly authorized immigration official for
deportation proceedings pursuant to 18 U.S.C. § 3583 (d), and with the establish
procedures provided by the Immigration and Naturalization Act under 8 U.S.C. §1101.
 As a further condition of supervised release, if ordered deported, the defendant
shall remain outside the United States and shall not re-enter without the permission
of the U.S. Attorney General.  If deportation fails to occur and the defendant is
released from confinement pending further immigration proceedings, he shall

immediately report to the U.S. Probation Office to begin his term of supervised release.

2.  That the defendant shall not commit another federal, state or local crime;

3.  That the defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance.  He shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter for use of a controlled substance;

4.   That the defendant shall comply with the standard conditions of supervised release as set forth by the U. S. Sentencing Commission;

5.  That the defendant shall be prohibited from possessing a firearm or other dangerous weapon; and

6.  That the defendant shall perform 200 hours of community service under the direction of the U.S. Probation Office.

 Further, the defendant was ordered to pay restitution, jointly and severally with his co-defendant Yan, Jin Shi, to Fu, Guo Yan in the amount of $420.00.  This payment shall be made through the Clerk's Office for disbursement to the Payee.

 It was further ordered that the defendant pya to the United States a special assessment fee of $100 to be paid immediately after sentencing.

 No objection to the sentence by the attorneys.  Defendant was advised that he had ten days in which to appeal his sentence. Further, the defendant was advised of his right to an attorney for appeal.

        Adj ........ a.m.


        K. Lynn Lemieux,  Courtroom Deputy;    [TTP EOD 12/28/2004]