MINUTE ENTRY            11:15 a.m.

 UNITED STATES OF AMERICA -v- HUANG, JIN YONG aka "Ah Rong"


PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
   FAYE CROZAT,  Court Reporter
   K. LYNN LEMIEUX, Courtroom Deputy
   JAMIE BOWERS, Assistant U. S. Attorney
   HUANG, JIN YONG, Defendant


PROCEEDING: SENTENCING

 Defendant was present without his court appointed counsel, Attorney Perry Inos. Government by Jamie Bowers, AUSA.  Also present was U.S. Probation Officer, Margarita Wonenberg.  Also present was interpreter/translator, Yu Mei Xie.

 Court stated that Attorney Inos had called the Clerk's Office twice this morning stating that he was in the Superior Court on another matter and that he would be late.  Court noted that Attorney Inos had appeared in Court on the 28th for this same matter and had requested a continuance to this date.  Court ordered that Attorney Inos be sanctioned $200 and that the fine was due immediately.


        Adj. 11:20 a.m.
;
Applies to: DFT Huang, Jin Yong [TTP EOD 12/30/2004]