UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
SEP 23 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10000 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00029-ARM |
| v. | District of the Northern Mariana Islands |
| JIN SHI YAN, | |
| Defendant - Appellant. | ORDER |

FILED
Clerk
District Court
OCT - 3 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

The appellee's motion to postpone oral argument is DENIED. Oral argument will be held as scheduled on October 5, 2005, 1:30 p.m. at the U.S. Courthouse in Hagatna, Guam.

FOR THE COURT:

CATHY A. CATTERSON
CLERK OF COURT

By: *Jennifer Flowers*
Jennifer Flowers
Deputy Clerk