```
                                              FILED
                                              Clerk
                                            District Court

                                            APR 21 200_

                                        For The Northern Mariana Islands
                                        By_____
                                              (Deputy Clerk)
```

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED UNDER
THE SENTENCING REFORM ACT OF 1984
UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

    I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **March 1, 2005**, as File number **05-724**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant:    Jin Shi Yan         Address:   People's Republic of China
            SSN:    XXX-XX-5503
            DOB:    XX-XX-1969

Court Imposing Judgment:    U.S. District Court for the Northern Mariana Islands

       Court Number:    CR 04-00029

   Amount of Judgment:    $520.00

        Place of filing:    NMI

     WITNESS my hand at Hagåtña, Guam, on this, the __12th__ day of April, 2006.

                                                               MARIVIC P. DAVID
                                                              Assistant U.S. Attorney